IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ID TECHNOLOGY, LLC,** | |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 23-3298 |
| **INVATA, LLC** *d/b/a* **INVATA INTRALOGISTICS,** | |
| *Defendant.* | |

# ORDER

**AND NOW**, this 30th day of November, 2023, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that the plaintiff has failed to make service on the defendant(s) in this case within 90 days of the filing of the complaint, it is hereby **ORDERED** that the plaintiff must make service by **December 14, 2023**.

This Order also serves as notice to the plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that if the plaintiff fails to file proof of service by December 19, 2023, without showing good cause for such failure, the court must dismiss without prejudice the case against any unserved defendant(s).

It is so **ORDERED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**