IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ID TECHNOLOGY, LLC,<br><br>        *Plaintiff*,<br><br>  v.<br><br>INVATA, LLC d/b/a INVATA INTRALOGISTICS,<br><br>        *Defendant*. | Civil Action No. 23-3298 |

## **PLAINTIFF'S MOTION TO PERMIT ALTERNATE SERVICE**

  Plaintiff ID Technology, LLC hereby moves for an order granting Plaintiff permission to serve its Complaint and Summons on Defendant by way of regular, certified, and overnight mail.

  Having unsuccessfully attempted to serve Defendant with the Complaint and Summons at least six times and having made good faith efforts to locate Defendant, Plaintiff has come to the conclusion that Defendant is simply dodging service. In regular, certified, and overnight mail, Plaintiff has identified methods of alternate service reasonably calculated to give actual notice of this action to the Defendant. Plaintiff's Motion is supported by a Brief in Support of Plaintiff's Motion to Permit Alternate Service and the Declaration of Robert P. Johnson. A proposed form of order is submitted with this motion.

  WHEREFORE, Plaintiff ID TECHNOLOGY, LLC respectfully requests that this Court grant its Motion and permit Plaintiff to serve the Complaint and Summons on Defendant by regular, certified, and overnight mail.

                      Respectfully submitted,

Dated: December 5, 2023 /s/ Louis R. Moffa, Jr.
Louis R. Moffa, Jr.
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
457 Haddonfield Road
Cherry Hill, NJ 08002
(856-488-7740
lmoffa@mmwr.com

*Counsel for Plaintiff ID Technology, LLC*

## CERTIFICATE OF SERVICE

I certify that today I served the foregoing document on Defendant Invata, LLC via First Class mail at:

        1010 Spring Mill Avenue, Suite 300
        Conshohocken, PA 19428

Dated: December 5, 2023        */s/ Louis R. Moffa, Jr.*
        Louis R. Moffa, Jr.
        MONTGOMERY MCCRACKEN
        WALKER & RHOADS LLP
        457 Haddonfield Road
        Cherry Hill, NJ 08002
        (856-488-7740
        lmoffa@mmwr.com

        *Counsel for Plaintiff ID Technology, LLC*